UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

---------------------------------------------------------X

ROBERT NEUWIRTH,

        Plaintiff,

    -against-

BARCLAYS BANK DELAWARE, improperly Identified as JET BLUE REWARDS,

        Defendant.

---------------------------------------------------------X

Case No. 3:17-cv-02231

STIPULATION TO STAY ACTION PENDING ARBITRATION

    The attorneys for the above named parties stipulate and agree as follows:

1. Plaintiff Robert Neuwirth commenced this action on April 2, 2017, and Defendant BARCLAYS BANK DELAWARE, improperly identified as JET BLUE REWARDS (BARCLAYS), produced an arbitration agreement between the parties herein.

2. The parties herein, in order to avoid motion practice regarding this matter, are in agreement on the need for this matter to be decided in an arbitration proceeding.

3. The parties herein request this Court to stay these

proceedings pending the hearing and determination of said action in binding, individual arbitration, pursuant to the agreement between the parties.

Dated: May 24 , 2017

| /s/Edward B. Geller, Esq. | /s/Kellie A. Lavery, Esq. |
|---|---|
| Edward B. Geller, Esq., P.C. | Reed Smith LLP |
| 15 Landing Way | 136 Main Street, Ste. 250 |
| Bronx, New York 10464 | Princeton, New Jersey 08540 |
| (914)473-6783 | (609)524-2017 |
| Attorney for Plaintiff | Attorney for Defendant |

So Ordered by: _____

Hon. Tonianne J. Bongiovanni  6/5/17

United States Magistrate Judge