**EDWARD B. GELLER, ESQ., P.C.**
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

January 29, 2018

Hon. LaShann DeArcy Hall
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ   08608

Re:   Case No. 17-cv-02231
      Robert Neuwirth v. Barclays Bank Delaware

Dear Judge Bongiovanni:

I represent Plaintiff Robert Neuwirth in the above referenced matter, and write to provide the
Court with a status report.

This matter is currently pending in arbitration with the American Arbitration Association.   The
case number is 01-17-0003-7419, and the proceeding has been stayed pending the decision of
the United States Court of Appeals for the District of Columbia Circuit in the matter of
*ACA International v. Federal Communications Commission*, Case No. 15-cv-1211.

Very truly yours,

Edward B. Geller
EBG/pw

*This Matter shall be administratively terminated with the right to reopen upon conclusion of the arbitration proceedings. A request to reopen must be submitted to this Court within 30 days of an arbitration decision. So Ordered*

*J. Bongiovanni*
*1/30/18*